**Order entered July 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00713-CV

### SWABACK PARTNERS, PLLC, Appellant

### V.

### OMP DEVELOPMENT, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-05103-A**

## ORDER

The Court has before it appellee ICI Construction, Inc.'s July 10, 2013 unopposed motion to extend time to file its brief. We **GRANT** the motion and **ORDER** appellee ICI Construction, Inc. to file its brief by July 30, 2013.

/s/     ELIZABETH LANG-MIERS
            JUSTICE